UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OSCAR RODRIGUEZ-CHINGO,
Petitioner,
v.
WARDEN, Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-04894-RBM-AHG

**ORDER REFERRING PETITION**

Petitioner Oscar Rodriguez-Chingo ("Petitioner"), an immigration detainee proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 1.)

Before proceeding, the Court **REFERS** the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel. If FDSDI chooses to accept representation, Petitioner **may file** an Amended Petition on or before **September 11, 2026**. **If an Amended Petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144**. The Amended Petition shall also address the impact, if any, of his habeas petition currently pending in the District of Arizona on the availability of his relief here. *See Rodriguez-Chingo v. Rivas*, Case No.: 2:26-cv-05367-DJH (D. Ariz. July 31, 2026).

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to Federal Defenders of San Diego, Inc. and the United States Attorney's Office.

**IT IS SO ORDERED.**

DATE: August 28, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE